### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>Mitchell R. Silverman<br>Geniene L. Silverman<br>    *Debtors* | Case No.: 23-16219-NVA<br>Chapter 13 |

### LINE CONSENTING TO DENIAL WITHOUT LEAVE TO AMEND

Mitchell R. Silverman and Geniene L. Silverman ("Debtors"), by and through undersigned counsel, consent to the denial of their Chapter 13 Plan without leave to amend.

                        Respectfully submitted,

                        */s/ Eric S. Steiner*
                        Eric S. Steiner, Esquire
                        Federal Bar No. 28705
                        eric@steinerlawgroup.com
                        **STEINER LAW GROUP, LLC**
                        P.O. Box 17598, PMB 83805
                        Baltimore, Maryland 21297-1598
                        (410) 670-7060 (phone)
                        (410) 834-1743 (fax)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 2nd day of July, 2024, a copy of the foregoing was served via the Court's CM/ECF system to:

    Brian A. Tucci
    *Chapter 13 Trustee*

                        */s/ Eric S. Steiner*
                        Eric S. Steiner