✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y/Ⓝ
Exhibits Filed: Y/N

PROCEEDING MEMO - CHAPTER 13

Date: 07/02/2024   Time: 10:00

**CASE: 23-16219 Mitchell R. Silverman and Geniene L. Silverman**

Eric S. Steiner representing Mitchell R. Silverman (Debtor)   *FTA by Debtors*
Eric S. Steiner representing Geniene L. Silverman (Debtor)

___B. Tucci ___D. Piekarz (___J. Schropp)
    representing Brian A. Tucci (Trustee)

[28] Second Amended Chapter 13 Plan. Amount of Payments per Month: $1350, Number of Months:60, Filed by Geniene L. Silverman, Mitchell R. Silverman. (Attachments: #s2 Index)

**MOVANT** : Mitchell Silverman Geniene Silverman BY E Steiner E Steiner

[15] Objection to Confirmation of Plan Filed by Mid-Atlantic Utilities, LLC (related document(s) 2 Chapter 13 Plan filed by Debtor Mitchell R. Silverman, Debtor Geniene L. Silverman).

**MOVANT** : Mid-Atlantic Utilities, LLC BY B Greuter *No appear*

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$___ Mos.___ Converted to Ch___
(Denied without)/with (leave to amend) by:_____ Conf:_____ Dismissed
Continued to: _____

Other Matters: (List Paper No next to ruling)

| | | |
|---|---|---|
| Granted _____ | Sustained _____ | Denied _____ |
| Overruled _____ | Withdrawn _____ | Under Adv. _____ |
| Moot _____ | Consent _____ | Dismissed _____ |
| O.T.J. Fee _____ | | |

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel     [ ] Court
    [ ] Respondent's counsel [ ] Other _____

NOTES: