United States Bankruptcy Court
District of Maryland

In re:  Case No. 23-16219-NVA
Mitchell R. Silverman  Chapter 13
Geniene L. Silverman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-1          User: admin          Page 1 of 5
Date Rcvd: Jul 24, 2024          Form ID: ntcdsm          Total Noticed: 72

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Mitchell R. Silverman, Geniene L. Silverman, 5113 Crest Haven Way, Perry Hall, MD 21128-9794 |
| cr | + | BNC Mortgage Loan Trust 2006-1 Mortgage Pass-Throu, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| cr | + | Mid-Atlantic Utilities, LLC, 10176 Baltimore National Pike, Suite 210, Ellicott City, MD 21042-3652 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852, UNITED STATES 20852-3813 |
| 32337009 | | Expansion Capital Group, Capital Resource International, c/o Joshua J. Provost, 25852 Mcbean Pkwy # 801, Valencia, CA 91355-2004 |
| 32337016 | + | Mid-Atlantic Utilities, LLC, c/ Brian Greuter, Esq., 10176 Baltimore National Pike, Suite 215, Ellicott City, MD 21042-3652 |
| 32337021 | + | Saul Ewing Arnstein and Lehr, 1500 Market St, 38th Floor, Philadelphia, PA 19102-2100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32336986 | + | Email/Text: bankruptcy@rentacenter.com | Jul 24 2024 19:23:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 32336987 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 24 2024 19:34:55 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 32369533 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 19:34:47 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32366734 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2024 19:35:05 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 32337385 | | Email/Text: bankruptcy@baltimorecountymd.gov | Jul 24 2024 19:23:00 | Deputy County Attorney, Baltimore County Office of Law, 400 Washington Avenue, 2nd Floor, Towson, MD 21204 |
| 32336989 | ^ | MEBN | Jul 24 2024 19:22:17 | BGE, PO Box 13070, Philadelphia, PA 19101-3070 |
| 32336990 | | Email/Text: bankruptcy@bww-law.com | Jul 24 2024 19:23:00 | BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852 |
| 32336988 | + | EDI: BANKAMER | Jul 24 2024 23:20:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 32390510 | | EDI: BANKAMER | Jul 24 2024 23:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 32336993 | + | EDI: CRFRSTNA.COM | Jul 24 2024 23:20:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 32337007 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 24 2024 19:22:00 | Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, MD 21411 |
| 32337382 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jul 24 2024 19:22:00 | Comptroller of the Treasury, Compliance Division, |

| | | | |
|---|---|---|---|
| District/off: 0416-1 | User: admin | | Page 2 of 5 |
| Date Rcvd: Jul 24, 2024 | Form ID: ntcdsm | | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| | | | Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32336991 | + EDI: CAPITALONE.COM | Jul 24 2024 23:20:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 32336992 | + EDI: CITICORP | Jul 24 2024 23:20:00 | Cbna, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 32336994 | + EDI: CITICORP | Jul 24 2024 23:20:00 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 32336995 | + EDI: CITICORP | Jul 24 2024 23:20:00 | Citibank/Sears, Attn: Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 32336996 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32336997 | EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bank / The Limited, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 32336998 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32336999 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32337000 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bank/Justice, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32337001 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bank/Newport News, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32337002 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bank/Value City Furniture, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32337003 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32337004 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32337005 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 32337006 | + EDI: WFNNB.COM | Jul 24 2024 23:20:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 32337013 | EDI: CITICORP | Jul 24 2024 23:20:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 32337008 | + EDI: AIS.COM | Jul 24 2024 23:20:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32347487 | Email/Text: collecadminbankruptcy@fnni.com | Jul 24 2024 19:23:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 32337010 | Email/Text: collecadminbankruptcy@fnni.com | Jul 24 2024 19:23:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 32337011 | + Email/Text: bankruptcy@greenskycredit.com | Jul 24 2024 19:22:00 | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 32337012 | + EDI: IRS.COM | Jul 24 2024 23:20:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 32386781 | EDI: JEFFERSONCAP.COM | Jul 24 2024 23:20:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32369485 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 19:34:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0416-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: ntcdsm | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| 32369543 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2024 19:34:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 32337017 | Email/Text: EBN@Mohela.com | Jul 24 2024 19:23:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 32337014 | + Email/Text: bankruptcy@marinerfinance.com | Jul 24 2024 19:22:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 32378467 | + Email/Text: bankruptcy@marinerfinance.com | Jul 24 2024 19:22:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 32469498 | + Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 24 2024 19:23:00 | Mayor and City Council of Baltimore, 200 Holliday Street Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32337015 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2024 19:35:03 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 32337018 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2024 19:22:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 32386897 | + EDI: JEFFERSONCAP.COM | Jul 24 2024 23:20:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 32337019 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 24 2024 19:22:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 32337020 | + Email/Text: bnc@nordstrom.com | Jul 24 2024 19:23:59 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 32390035 | EDI: PRA.COM | Jul 24 2024 23:20:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 32384498 | EDI: Q3G.COM | Jul 24 2024 23:20:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 32384502 | EDI: Q3G.COM | Jul 24 2024 23:20:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 32337384 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jul 24 2024 19:23:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32337383 | + Email/Text: Bankruptcy_group@baltimorecity.gov | Jul 24 2024 19:23:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32337022 | + EDI: SYNC | Jul 24 2024 23:20:00 | Syncb/Wolf Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32337023 | + EDI: SYNC | Jul 24 2024 23:20:00 | Syncb/zulily, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 32389328 | + EDI: AIS.COM | Jul 24 2024 23:20:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32337024 | + EDI: SYNC | Jul 24 2024 23:20:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32337025 | + EDI: SYNC | Jul 24 2024 23:20:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32337026 | + EDI: SYNC | Jul 24 2024 23:20:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32337027 | + EDI: SYNC | Jul 24 2024 23:20:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32337028 | + EDI: SYNC | Jul 24 2024 23:20:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po |

| District/off: 0416-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: ntcdsm | Total Noticed: 72 |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 32337029 | + | EDI: SYNC | Jul 24 2024 23:20:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32337030 | + | EDI: SYNC | Jul 24 2024 23:20:00 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32337031 | + | EDI: SYNC | Jul 24 2024 23:20:00 | Synchrony/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 32337032 | + | Email/Text: bankruptcy@timeinvestment.com | Jul 24 2024 19:23:00 | Time Investment Company, Inc., Attn: Bankruptcy, 100 North 6th Avenue, West Bend, WI 53095-3306 |
| 32390789 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2024 19:22:00 | U.S. Bank National Association, as Trustee for BNC, c/o Nationstar Mortgage LLC Bankruptcy D, P.O. Box 619096, Dallas, TX 75261-9096 |
| 32388654 | + | Email/Text: BNCnotices@dcmservices.com | Jul 24 2024 19:23:00 | UNIVERSITY OF MARYLAND MEDICAL SYSTEM, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 32380464 | + | EDI: AIS.COM | Jul 24 2024 23:20:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BNC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852, UNITED STATES 20852-3813 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Tucci | ECF@ch13balt.com btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Brian Robert Greuter | brgreuter@gmail.com bankruptcy@shuelegal.com |
| Eric S. Steiner | info@steinerlawgroup.com eric.steinerlawgroup.com@recap.email |
| Gregory Christopher Mullen | bankruptcy@bww-law.com gregory.c.mullen@gmail.com |

District/off: 0416-1  User: admin  Page 5 of 5
Date Rcvd: Jul 24, 2024  Form ID: ntcdsm  Total Noticed: 72
TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **23–16219 – NVA**   Chapter: **13**

**Mitchell R. Silverman and**
**Geniene L. Silverman**
Debtors

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 7/24/24.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 7/24/24

                                              Mark A. Neal, Clerk of Court
                                              by Deputy Clerk, Kelly Horning
                                              301–344–3393

Form ntcdsm