United States Bankruptcy Court
District of Maryland

In re:  
Mitchell R. Silverman  
Geniene L. Silverman  
    Debtors

Case No. 23-16219-NVA  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: pdfdbtr | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Mitchell R. Silverman, Geniene L. Silverman, 5113 Crest Haven Way, Perry Hall, MD 21128-9794 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024      Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Tucci | ECF@ch13balt.com  btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| Brian Robert Greuter | brgreuter@gmail.com  bankruptcy@shuelegal.com |
| Eric S. Steiner | info@steinerlawgroup.com  eric.steinerlawgroup.com@recap.email |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |

TOTAL: 4

Entered: July 24th, 2024
Signed: July 24th, 2024

**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **23−16219 − NVA**   Chapter: **13**

**Mitchell R. Silverman and**
**Geniene L. Silverman**
Debtors

## ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of Court entered on July 3, 2024, confirmation of the Debtor's proposed Chapter 13 Plan was denied without leave to amend. The Debtor has not properly prosecuted this action by electing to convert this Chapter 13 case to a case under another chapter or to dismiss within the time allowed by aforesaid Order.

It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned Chapter 13 case is DISMISSED; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor, the Trustee shall first remit therefrom to the Clerk unpaid filing and administrative fees of $ 0.00 and then remit therefrom any unpaid claim allowed under 11 U.S.C. § 503(b); and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor − Eric S. Steiner
      Case Trustee − Brian A. Tucci

## End of Order

15x11 (rev. 12/13/2012) − KellyHorning